*Howell, M. V. Barnhill, Jr., F. S. Spruill, Donald R. Richberg* and *Delmar W. Holloman* for petitioner. *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for respondents.

No. 746. SCHNEIDER *v.* GALLAGHER, SHERIFF. Supreme Court of California. Certiorari denied. *Lloyd E. McMurray* for petitioner.

No. 751. PEARCE *v.* PREVIEWS, INCORPORATED. C. A. 5th Cir. Certiorari denied. *Claude Pepper* for petitioner. *Manley P. Caldwell, Madison F. Pacetti* and *H. Elmo Robinson* for respondent.

No. 752. YGLESIAS *v.* GULFSTREAM PARK RACING ASSOCIATION, INC. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *J. M. Flowers* for petitioner. *William Gresham Ward* for respondent.

No. 753. YGLESIAS *v.* GULFSTREAM PARK RACING ASSOCIATION, INC. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *J. M. Flowers* for petitioner. *William Gresham Ward* for respondent.

No. 754. POLLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Llewellyn A. Luce* and *Walter H. Maloney* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 755. REPORTER PUBLISHING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *James M. Barnes* for petitioner. *Acting*